UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LTB, *an infant by his mother and natural guardian Mary G. Iarocci-Brew*, and MARY G. IAROCCI-BREW,

                          Plaintiffs,                      **ORDER**

        -against-                                22 Civ. 2682 (AEK)

UNITED STATES OF AMERICA,

                          Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court has been informed that the parties have reached a settlement in principle in this matter. ECF No. 23. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within thirty (30) days of this Order. Any application to reopen that is filed after thirty (30) days from the date of this Order may be denied solely on that basis.

Dated: January 11, 2023
       White Plains, New York

                                                 **SO ORDERED.**

                                                 _____
                                                 ANDREW E. KRAUSE
                                                 United States Magistrate Judge